1  Troy D. Monge, Esq.
   Law Offices of Martin Taller, APC
2  2300 E. Katella Ave, Suite 440
3  ANAHEIM, CALIFORNIA 92806
   TELEPHONE (714) 385-8100
4  FACSIMILE (714) 385-8123
5  troymonge@hotmail.com
6
   Attorney Bar #217035
7  Attorneys for Andres Padilla
8
9                UNITED STATES DISTRICT COURT
10                CENTRAL DISTRICT OF CALIFORNIA
11
   ANDRES PADILLA,              ) No. 8:22-cv-02268-SK
12                              )
13      Plaintiff,               ) **ORDER AWARDING EQUAL**
                                ) **ACCESS TO JUSTICE ACT**
14         v.                    ) **ATTORNEY FEES AND COSTS**
15                              )
   KILOLO KIJAKAZI, Acting      )
16 Commissioner of Social Security, )
17                              )
        Defendant.              )
18                              )
19 ─────────────────────────────
        Based upon the parties' Stipulation for Award and Payment of Attorney
20 Fees:
21      IT IS ORDERED that the Commissioner shall pay attorney fees and
22 expenses under the Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412(d), in
23 the amount of ONE THOUSAND NINE HUNDRED FORTY-SIX DOLLARS and
24 SIXTY-ONE CENTS ($1,946.61), and costs under 28 U.S.C. § 1920, in the
25 / / /
26 / / /
27 / / /
28

                                    1

1 | amount of ZERO DOLLARS AND NO CENTS ($0.00), subject to the terms of the
2 | above-referenced Stipulation.

Dated: April 26, 2023

_____
THE HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE